UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **ABDUL K. LUGMAN #06203-078** | **CASE NO. 1:24-CV-0413 SEC P** |
| **VERSUS** | **JUDGE DRELL** |
| **J. W. COX** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 3), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 4), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDCE.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 30 day of May 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT